# JS 44 CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

FILED
2026 JUL 21 AM 9:01
CLERK
U.S. DISTRICT COURT

## I. (a) PLAINTIFFS

Danny Clarkson

c/o 3769 Trier Road, Fort Wayne, Indiana [46815]

WBHF@LIVE.COM | 816-729-2930

Case: 2:26-cv-00682
Assigned To : Kohler, Paul
Assign. Date : 7/21/2026
Description: Clarkson v. City of Orem et al

### (b) County of Residence of First Listed Plaintiff:

Allen County, Indiana (Mailing Address)

### (c) Attorneys (Firm Name, Address, Telephone):

Pro Se — Danny Clarkson

WBHF@LIVE.COM | 816-729-2930

## DEFENDANTS

City of Orem; Orem Police Department; Officer Brody Bowen; Sergeant Nicholas Simpson; Officer Julian Argaez; Officer Corey White; John Doe (Unidentified Officer); Joseph Bryson Cash

### County of Residence of First Listed Defendant:

Utah County, Utah

### Attorneys (if known):

Unknown at time of filing

## II. BASIS OF JURISDICTION

☑  3. Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

N/A — Federal Question Jurisdiction

## IV. NATURE OF SUIT

☑  440 — Other Civil Rights

## V. ORIGIN

☑  1. Original Proceeding

## VI. CAUSE OF ACTION

42 U.S.C. § 1983 — Civil Rights Violation. Fourth Amendment unlawful seizure, coerced identification, First Amendment retaliation, Monell municipal liability, Fourteenth Amendment due process, and supervisory liability arising from April 22, 2026 incident in Orem, Utah.

**VII. REQUESTED IN COMPLAINT**

☑  Check if this is a CLASS ACTION under Rule 23, F.R.Cv.P.: NO

DEMAND: Compensatory and punitive damages in amounts to be determined at trial, plus attorney fees under 42 U.S.C. § 1988 and injunctive relief

JURY DEMAND: ☑ Yes

**VIII. RELATED CASES**

None known at time of filing.

Date: July 20, 2026

*/s/ DANNY CLARKSON*

Danny Clarkson — Pro Se Plaintiff

c/o 3769 Trier Road
Fort Wayne, Indiana [46815]